**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 14, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ALLEN DODSON,

    Defendant - Appellant.

No. 19-3098
(D.C. No. 2:18-CR-20048-DDC-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

This matter comes on for consideration of the parties' *Joint Motion for Summary Disposition*. Upon consideration thereof, the motion is granted and the district court's judgment is affirmed.

The defendant was convicted, following the entry of a conditional guilty plea, of failure to register as a sex offender, in violation of the Sex Offender Registration

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

and Notification Act ("SORNA"), 18 U.S.C. § 2250. He was sentenced to 10 months' incarceration plus five years of supervised release.

On appeal, the only argument the defendant presents is that application of SORNA to him, a pre-act offender, violates the nondelegation doctrine. This court has rejected that argument in *United States v. Nichols*, 775 F.3d 1225, 1230-31 (10th Cir. 2014), *rev'd on other grounds sub nom. Nichols v. United States*, 136 S.Ct. 1113 (2016). *See also Gundy v. United States*, 139 S.Ct. 2116 (2019).

Accordingly, the judgment of the district court is **AFFIRMED**. The mandate shall issue forthwith.

Entered for the Court


Per Curiam
